# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SA CR 22-00056-DOC-1 | Date | May 8, 2023 |
|---|---|---|---|

| Present: The Honorable | DAVID O. CARTER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | n/a |

| Karlen Dubon | Deborah Parker | Thomas F. Rybarczyk |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) MICHAEL MCDONAGH | X | | X | Peter C. Swarth, CJA | X | X | |

## PROCEEDINGS:   CHANGE OF PLEA

X    Defendant moves to change plea to the Indictment**.** The plea agreement is incorporated herein by reference.

X    Defendant enters new and different plea of GUILTY to Count 3 of the Indictment**.**

X    Defendant sworn and the Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X    The Court refers the defendant to the Probation Office for investigation and preparation of the pre-sentence report and the matter is continued to **October 30, 2023 at 1:30 PM** for sentencing.

X    Other: The Court vacates the trial date of May 23, 2023.

X    Other: The defendant shall remain on bond under the same terms and conditions as previously imposed.

|  | 00 | : | 32 |
|---|---|---|---|
| Initials of Deputy Clerk | kdu | | |

**cc: USPPO**